# EXHIBIT A

PDF processed with CutePDF evaluation edition www.CutePDF.com

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Karyn A. Temple*

United States Register of Copyrights and Director

**Registration Number**

**TX 8-720-096**

**Effective Date of Registration:**
February 08, 2019

## Title

    **Title of Work:** The Joseph H. Pilates Archive Collection: Photographs, Writings and Designs

## Completion/Publication

    **Year of Completion:** 2000
    **Date of 1st Publication:** July 01, 2000
    **Nation of 1st Publication:** United States
    **International Standard Number:** ISBN ISBN 10: 1891696130 ISBN 13: 9

## Author

-     **Author:** Sean P. Gallagher
    **Author Created:** text, compilation of text and photographs
    **Work made for hire:** No
    **Citizen of:** United States
    **Year Born:** 1958

## Copyright Claimant

    **Copyright Claimant:** Sean P. Gallagher
    13 Cedar Street, Hastings-on-Hudson, NY, 10706, United States

    **Copyright Claimant:** Richtone Design Group, L.L.C.
    330 West 42nd Street, New York, NY, 10036, United States
    **Transfer statement:** By written agreement

## Limitation of copyright claim

    **Material excluded from this claim:** text and photographs from other sources
    **New material included in claim:** text, compilation of text and photographs

## Rights and Permissions

    **Organization Name:** Richtone Design Group L.L.C.

Name: Andrew L. Spence
Email: alsnyls97@yahoo.com
Telephone: (914)261-5254
Address: P. O. Box 91
Suffern, NY 10901 United States

## Certification

Name: Andrew L. Spence
Date: February 08, 2019

Correspondence: Yes