EXHIBIT C

PDF processed with CutePDF evaluation edition www.CutePDF.com



  

**1 gosto**

true.pilates.boston 🌀 the push-up devices in the snow 🌀 "To Mr. King, with best wishes" January 1940 📷MOSS PHOTO SERVICE, INC., 350 W. 50TH ST., NEW YORK 19, N. Y. (I imagine the copyright registrations for Moss Photo Service have been carefully checked, and anyone claiming the copyright is theirs is simply making an innocent mistake. Happens a lot.) #josephpilates #contrology #joepilatesphotos #joeinthesnow #truepilates #authenticpilates

