# EXHIBIT D

PDF processed with CutePDF evaluation edition www.CutePDF.com


**truepilatesboston**
West 57th Street New York City



          

 Liked by **pilatesvoceanside** and **18 others**

**truepilatesboston** No question this was a special apparatus and #dragosgym and #truepilatesnewyork a special place. This vintage #gratz wunda was certainly something that Romana worked on, but Joe? Is there any evidence from all the available photos and videos that this was in the 8th Avenue studio? If you had the privilege to train with Romana (or not), I'd be interested your thoughts