EXHIBIT E

PDF processed with CutePDF evaluation edition www.CutePDF.com

## DEVELOPING, PRINTING, COPYING

Superb Workmanship at Reasonable Prices
Mail us your films and negatives with instructions
We return finished work promptly.  C.O.D. if desired
Write for free mailer and price list

### PHOTO SERVICES, INC.

580 Market St.          SAN FRANCISCO 4, CALIF.

# CAMERA REPAIRS

### 48 HOUR SERVICE

KODAKS—LEICAS—EVERYTHING
YOU SEND IT—WE FIX IT
ALL WORK GUARANTEED

**The Mills Photographic Engineering Laboratory**
1857 No. Western Ave.          Hollywood 27, Calif.

# Photo Reproductions

In quantities, made from your own snapshots or
negatives. Quick, quality work. Postcards, 2c ea.;
8x10's, 5c ea.  All other sizes. Mtd. blowups, 20x30,
$2.50; 30x40, $3.85.  Photostats, 8½x11, 12c ea.
quantities.  Write for Free Samples.  Price List P.
Mail Orders Everywhere.

**MOSS** PHOTO SERVICE          155 West 46 Street
                                New York City 19



**TINT!**
**TONE!**

Photographic Prints.
Black and White
Movie Films.
Titles, Slides, Prints.
*Dip once and it's done!*

Write for Literature

**Teitel Laboratories** P. O. BOX 123 CORONA, N. Y.

*Popular* PHOTOGRAPHY

Copyrighted material