AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | | |
|---|---|---|
| Richtone Design Group, LLC | ) | |
| Plaintiff | ) | |
| v. | ) | Case No. 7:22-cv-01606-KMK |
| Mary Sullivan KELLY and True Pilates Boston, LLC | ) | |
| Defendant | ) | |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Mary Sullivan KELLY and True Pilates Boston, LLC.

Date: 05/09/2022

*Attorney's signature*

Gordon E. R. Troy, NY Bar ID: 2139939
*Printed name and bar number*

P.O. Box 67
Windsor, VT 05089

*Address*

gtroy@webtm.com
*E-mail address*

(802) 881-0640
*Telephone number*

(646) 588-1962
*FAX number*