UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| RICHTONE DESIGN GROUP, LLC,<br><br>       Plaintiff/Counter-Defendant,<br><br>- against -<br><br>Mary Sullivan KELLY and TRUE PILATES BOSTON, LLC,<br><br>       Defendants/Counter-Plaintiffs/<br>       Third Party Plaintiffs,<br><br>- against -<br><br>RICHTONE DESIGN GROUP, LLC,<br><br>       Counterclaim Defendant,<br><br>and<br><br>Sean GALLAGHER,<br><br>       Third Party Defendant. | **Case No. 22-cv-1606-KMK** |

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on May 9, 2022, I caused Defendants' Answer, Affirmative Defenses, Counterclaims and Third-Party Complaint to be filed with the Clerk of the Court using the CM-ECF system, which will send notification of such filing to all counsel of record

Dated: May 9, 2022

Richtone Design Group LLC v. Kelly at al.
Certificate of Service

Page 1

By: /s/ Gordon E. R. Troy, Esq.
_____
Gordon E. R. Troy, PC
P.O. Box 67
Windsor, VT 05089
(802) 881-0640 Phone
(646) 588-1962 Fax
**gtroy@webtm.com**
*Attorneys for Defendants/Counter-Plaintiffs/Third Party Plaintiffs Mary Kelly and True Pilates Boston, LLC*