

# Re: 22cv1606 Richtone Design Group, L.L.C. v. Kelly et al
1 message

**Charles Knull** <chk@knullpc.com>  
Reply-To: chk@knullpc.com  
To: Gordon Troy <gtroy@webtm.com>  
Cc: "Lawrence A. Stanley Esq." <lstanley@webtm.com>, Romeo Salta <romeosalta@mac.com>

Tue, Oct 11, 2022 at 2:43 PM

Dear Gordon

You sent the letter by email on Oct. 5.  I have had some medical issues in the meantime, and I will be getting you a response today. But I do not see the hairsplitting about objections and the like as meaning much, in that they basically boil down to "how do we identify photographs by some designation so that the designations are not confusing in later papers" and what documents exactly it is that Plaintiff has objected to  which have in any event  not been provided, especially since disclosure is ongoing and you delivered a third set of document requests which are being deal with?

Where do you want Sean Gallagher to bring the negatives to examine in Manhattan?  And who is the expert who is going to review them?  It makes no sense to have them looked at without you an expert look at them.

Meanwhile, we have no privilege logs for the communications of Mary Kelly with the Transparency Project's apparent members,  which you claim for some reason are privileged in your responses to our document requests.  Where are they?

Thanks.

CK

```
Charles H. Knull
KNULL P.C.
   Attorneys at Law-Intellectual Property Business Counseling & Litigation

office  646-233-1376
cell direct  917-705-6165
FAX 303-379-5604
```
[www.knullpc.com](www.knullpc.com)

```
Denver Office
1120 Delaware St.  Suite 110-7
Denver, CO 80204

New York City Office
305 Broadway, 7th Floor
New York, New  York 10007

This email is confidential -- is it meant for you?  If not, please delete it.
```

On 10/11/2022 9:34 AM, Gordon Troy wrote:

> Charles –
>
> I refer to the attached letter (dated October 4) and our tomorrow due date to file with the Magistrate letters regarding any outstanding discovery disputes. The attached letter raises a number of discovery issues and we have yet to receive your reply.
>
> Additionally, we have tried to schedule the date, time & place of inspection of the original materials, and have received no reply.

Kindly advise before close of business today whether and how these matters will be resolved. Otherwise, we will bring them to the attention of the Magistrate.

Gordon

---

Gordon E. R. Troy | Attorney At Law | Gordon E. R. Troy, PC | *FedEx-UPS-DHL:* **183 Highfield Drive, West Windsor VT 05089** | *Postal:* **PO Box 67, Windsor, VT 05089** | *Direct*: **802 881-0647**| *Main:* **802 881-0640**  | *Mobile/WhatsApp:* **802 488-0097**
|e: **gtroy@webtm.com** | *Skype*: **gordontroy** | This communication may contain information which is confidential, legally privileged and/or protected by attorney-client privilege or under the attorney work product doctrine. Only the intended recipient of this email is authorized to read its contents.

***For all trademark matters, please copy tm@webtm.com***


---------- Forwarded message ---------
From: **Lawrence Stanley** <lstanley@webtm.com>
Date: Wed, Oct 5, 2022 at 12:15 PM
Subject: 22cv1606 Richtone Design Group, L.L.C. v. Kelly et al
To: Charles Knull <chk@knullpc.com>


Charles -

Please see the attached letter from Gordon re discovery.

Kind regards,

Lawrence


Lawrence Stanley | Paralegal | Gordon E. R. Troy, PC | FedEx-UPS-DHL: 183 Highfield Drive, West Windsor VT 05089 | Postal: PO Box 67, Windsor, VT 05089 | (Main) 802 881-0640 | **(Direct) 802 881-0649** | (Fax) 646 588-1962 |  lstanley@webtm.com This communication may contain information which is confidential, legally privileged and/or protected by attorney-client privilege or under the attorney work product doctrine. Only the intended recipient of this email is authorized to read its contents.