EXHIBIT D



**pilates.history.shared**



**61** Posts   **348** Followers   **258** Following

**Pilates / Contrology History**
Our Pilates history, shared for learning purposes. Always free and accessible to all.
gofund.me/4449c0dd



Followed by **alliroepilates**, **mbsrqsfo** and **3 others**

**Follow**



**This Account is Private**
Follow this account to see their photos and videos.

Suggested for you                                     **See all**





敏杰 张



BodyTonic Pil...



Karen








$35,273 raised of $100,000 goal • 187 donors

**Share**

**Donate now**



Pilates Transparency is organizing this fundraiser on behalf of Gordon Troy.

To All Pilates Friends, Professionals and Practitioners

We need your help.

As many of you know, the simple act of sharing vintage Pilates photographs and materials -- all of them widely seen and shared in the past -- is under attack. In the past year or two, beloved Pilates instructors everywhere have had their

Read more

Donate    Share