EXHIBIT E

 **pilatestransparencyproject**

> "I DONATED BECAUSE I WOULD LIKE TO KNOW EXACTLY WHICH ARCHIVAL MATERIAL IS COPYRIGHTED AND WHICH ARE IN THE PUBLIC DOMAIN. WE ALL HAVE THE RIGHT TO THAT INFORMATION"
>
> — *Donna Longo*

Liked by **heathererdmannpilates** and 56 others

**pilatestransparencyproject** In the 1990s, there was an attempt to strong-arm the