EXHIBIT B

# KNULL P.C.

**tel.** 646-233-1376  chk@knullpc.com
Fax  303-379-5604  www.knullpc.com

Business/Mailing Address:  Law Office:
  1120 Delaware St. Ste 110-7   305 Broadway, 7th Fl.
  Denver, Colorado 80204-3655   New York, NY 10007

September 25, 2022

Gordon E. R. Troy, PC
P.O. Box 67
Windsor, VT 05089

   Re: Richtone Design LLC v. Kelly

Dear Gordon:

Count III in the Complaint is directed at Defendants' making false and misleading statements.

Mary Kelly is quite obviously sharing every bit of disclosure made by Plaintiff with the Transparency Project.  I am attaching a recent post and nonsensical comments.

Besides the fact that sharing any documents, etc. at this stage of litigation has been found to cause for sanctions in Federal Court, Mary is only building up my Section 43(a) case. Perhaps you have never had this happen, but I have had a client who despite advice of counsel thought his litigating on social media, getting over 2000 likes, was an excellent thing to do until a jury added wilfulness damages to an otherwise small infringement action.

Thanks for your consideration.

Sincerely,

   /Charles Knull/

Charles Knull

**pilatestransparencyproject**

# $5,000

**Q** When will the $5,000 Matching GoFundMe Donation kick in?

When donations reach $50,600, a donor has generously agreed to add $5,000 **A**

Liked by **jordanahermanpilates** and 36 others

**pilatestransparencyproject** Friday FAQ: Did you know that by donating today your



 Liked by **jordanahermanpilates** and 36 others

**pilatestransparencyproject** Friday FAQ: Did you know that by donating today your donation will go twice as far?

The plaintiff in the Pilates copyright lawsuit doesn't know the names of the photographers whose photos he claims © to, yet has stated under oath that Joe was an "expert photographer" who "...knew how to set the timers by which photographers could make what are known as "selfies" in current times." 🤨 ⁉️

We believe we can win this lawsuit. But we need your help. The next $2200 in donations will trigger our matching donor's $5,000. Can you help us reach this goal?

🗣 Please donate, and help us spread the word

#archivalselfies ™ 🦢 #pilateshistory #pilatescopyright #defendpilateshistory #pilatestransparencyproject #UTOB

View all 2 comments

13 hours ago

knew how to set the timers by which photographers could make what are known as "selfies" in current times." 🤨‼️

We believe we can win this lawsuit. But we need your help. The next $2200 in donations will trigger our matching donor's $5,000. Can you help us reach this goal?

🗣️ Please donate, and help us spread the word

#archivalselfies ™ 🤳 #pilateshistory #pilatescopyright #defendpilateshistory #pilatestransparencyproject #UTOB

13h

**gadarpilates** OMG, that first hashtag! 😂

7h    1 like    Reply    Send

**pilatesbyryan** @gadarpilates I caught that too 😂😂😂

2h    Reply    Send

❤️  🙌  🔥  👏  😢  😍  😮  😂

Add a comment as accglpi...

 

 **the_pilates_history_page** What year was the ledger from?
21h  1 like  Reply  Send

 **pilatestransparencyproject** There are supposed "ledgers" from 1947-1952
21h  1 like  Reply  Send

 **the_pilates_history_page** @pilatestransparencyproject Thanks. $9 doesn't seem much for a supposed "commission" for filming and photos!
20h  2 likes  Reply  Send

 **anabelfitness** @the_pilates_history_page i though same thing
13h  Reply  Send

♥  🙌  🔥  👏  😢  😍  😮  😂

 Add a comment as accglpi...

**anabelfitness**
@the_pilates_history_page i though same thing
13h   Reply   Send

— Hide replies

**the.pilates.snob** Ahhh yes so much "evidence"!!!
16h   3 likes   Reply   Send

**the.pilates.snob** This makes me both laugh and cry 😩

**mejowigginpilates** What a scam!! We should all be grateful to Mary Kelly for exposing this and uncovering the truth once and for all.
13h   likes   Reply

**heathererdmannpilates** But...


       

 Add a comment as accglpi...




 We should all be grateful to Mary Kelly for exposing this and uncovering the truth once and for all.

13h   2 likes   Reply   Send

 **heathererdmannpilates** But... even if I pay for photos and the photo shoot, I still would only own the intellectual property rights from the shoot if those rights are signed over to me. So proof of payment is actually proof of nothing in this case. The part that's so upsetting is how many people, myself included, have been financially (and I'm sure emotionally) harmed by this man. Ridiculous and enraging.

12h   3 likes   Reply   Send

 **chriscpilates** 😮

19h   Reply   Send

      

❤️ 🙌 🔥 👏 😢 😍 😮 😂

 Add a comment as accglpi...

 **breastcancerbabe** Why are we here? Because we let this person do this. A ledger? Like, a notepad?! This person needs to make amends with his damaged ego, and stop trying to hurt others because of it. And WHY aren't any of his friends strong enough to tell him so?

19h   6 likes   Reply   Send

 **boditree_pilates_and_healing** Well done!

15h   Reply   Send

 **carolebiglands** 

21h   Reply   Send

 **robin_brody** Apparently the Oompah Loompah is from the George Constanza school 🏫 f thought… "It's not a lie if you believe it"

       

 Add a comment as accglpi…

 
of his friends strong enough to tell him so?

19h   6 likes   Reply   Send

 **boditree_pilates_and_healing** Well done!


15h   Reply   Send

 **carolebiglands** 😮


21h   Reply   Send

 **robin_brody** Apparently the Oompah Loompah is from the George Constanza school 🏫 f thought… "It's not a lie if you believe it"

10h   Reply   Send

 **ultimate_body_pilates** 😮😮😮 There is no end to the ridiculous tactics this fraudster will try!


20h   1 like   Reply   Send

       

 Add a comment as accglpi…

 

heathererdmannpilates 12h

Pilates community - we are still raising $$ (50k more) to keep fighting this jackass. Please help!!

"EVIDENCE"

@pilatestransparencyproject

Send message  



**the.pilates.snob** 12h

While I have your attention, here's the "proof" Jake from State Farm presents to claim his bogus copyright ownership.... This piece of crap is enough to get 9 Instagram accounts deleted...



"EVIDENCE"

| | | |
|---|---|---|
| 1947 | | |
| Rent | | 85.— |
| Cleaning | | 40.— |
| presents, Clothing, ruavers | | 50.— |
| n. weekly | | 50.— |
| Kimball | | 7.— |
| films, fotos | | 9.— |
| Camera repair | | 7.— |
| n. weekly | | 50.— |
| Oversea food, shoes, | | 25.— |
| Telephone, Books | | 16.— |
| n. weekly | | 50.— |
| Cutter Insurance, Lippincott Publ. | | 25.— |
| Stamps, Rialto shop | | 26.07 |
| Clothing for Leni | | 14.— |
| n. weekly | | 50.— |
| Oversea parcels | | 40.— |
| Marie Pilates Belgium | | 10.— |
| Lodge | | 25 |
| Travel Service | | 58.— |

@pilatestransparencyproject

🔗 **YOU CAN STILL DONATE HERE!!**

Send message