https://digitalcollections.nypl.org/items/aa5b4460-8b5e-0130-0db1-58d385a7bbd0 November 29, 2022

# THE NEW YORK PUBLIC LIBRARY
## DIGITAL COLLECTIONS

Search keyword(s)       Browse

Items > Joe and Clara Pilates outside



Zoom    Rotate    Print

## Joe and Clara Pilates outside, no. 4

| | | |
|---|---|---|
| **TYPE OF RESOURCE** | **GENRE** | **DATE CREATED** |
| still image | Photographs | 1950 - 1955 |
| **DIVISION** | | |
| Jerome Robbins D... | | |

More Details    Cite This Item

**IMAGE ID**: 5032872
**PERMALINK**: https://digitalcollections.nypl... Copy

**DOWNLOAD OPTIONS**: 300px  760px
**ORDER**: Original Scan  Art Print

All download options ▼

### LIBRARY DIVISION & COLLECTION WITH THIS ITEM:

**LIBRARY DIVISION**
JEROME ROBBINS DANCE DIVISION

**COLLECTION**
JEROME ROBBINS DANCE DIVISION PHOTOGRAPH FILES

**SUB-COLLECTION**
PERSONALITIES

**SUB-COLLECTION**
JOSEPH H. PILATES

### VIEW THIS ITEM ELSEWHERE:
This item does not have any external references yet



**THIS ITEM**



**ITEM DATA** | CITE THIS ITEM

### TITLE
Joe and Clara Pilates outside, no. 4

### COLLECTION
Jerome Robbins Dance Division Photograph files
└ Personalities
    └ Joseph H. Pilates

### DATES / ORIGIN
Date Created: 1950 - 1955 (Approximate)

### LIBRARY LOCATIONS
Jerome Robbins Dance Division
Shelf locator: *MGZEA (Pilates, Joseph H., no. 4)

### TOPICS
Pilates, Joseph H. (Joseph Hubertus)
Pilates, Clara

### GENRES
Photographs

### PHYSICAL DESCRIPTION
Color photographs
Extent: 18 x 13 cm. (7 x 5 in.)

### DESCRIPTION
Color photo of Joe and Clara Pilates standing outside.

### TYPE OF RESOURCE
Still image

### IDENTIFIERS
Photo Order: 50163
Universal Unique Identifier (UUID): aa322210-8b5e-0130-79ce-58d385a7bbd0

### RIGHTS STATEMENT
The copyright and related rights status of this item has been reviewed by The New York Public Library, but we were unable to make a conclusive determination as to the copyright status of the item. You are free to use this Item in any way that is permitted by the copyright and related rights legislation that applies to your use.

### ITEM TIMELINE OF EVENTS
|1950                                                                 2023|
1950: Created (Approximate)
2017: Digitized
2022: Found by you!

Feedback

About NYPL
President and Leadership
Space Rental
Careers at NYPL
Resources for Teachers

E-Newsletters
Media Center
Connect with NYPL
Mobile Apps
Reserve a PC

The Library Shop
Privacy Policy
Rules and Regulations
Using the Internet
Website Terms and Conditions
Gifts of Materials to NYPL

Español
中文
русский

© The New York Public Library, 2022

The New York Public Library is a 501(c)(3) | EIN 13-1887440

https://digitalcommons.library.umaine.edu/spec_photos/3455/ November 29, 2022



# DigitalCommons@UMaine

Home | About | FAQ | My Account | Contacts

## Search

Enter search terms:

[            ] [Search]
[in this collection ▼]

Advanced Search

Notify me via email or RSS

## Browse

Collections
Disciplines
Authors
Expert Gallery

## Contacts

Contact the Repository

## Author Corner

Author FAQ

## Links

Fogler Library Special Collections Department webpage

## Gallery Locations



View gallery on map
View gallery in Google Earth

Home > Fogler Library > Special Collections > PHOTOGRAPHS > SPEC_PHOTOS > 3455

< Previous    Next >

# GENERAL MAINE HISTORY PHOTOGRAPHS

## Charley Miller and Joseph Pilates Eating Outdoors



**Creation Date**
1936

**Description**
A black and white photograph of Maine guide Charley Miller and fitness advocate Joseph Pilates having a meal at their outdoor set-up in the snow. Autographed, "To Charley Miller, from New York to Maine, Best of luck, Joseph H. Pilates, Feb. 26 / 1936." A handwritten note on the back reads, "at sportsmen show NY 1936."

**Rights and Access Note**
Rights assessment remains the responsibility of the researcher. No known restrictions on publication. For information about the process and fees for obtaining higher resolution scans or another file format, contact Special Collections.

**Recommended Citation**
Requested credit line: Image courtesy of Special Collections, Raymond H. Fogler Library, DigitalCommons@UMaine,
https://digitalcommons.library.umaine.edu/spec_photos/3455

**Format**
jpeg

**Part Of**
MS 348, Charley Miller Papers

**Rights Statement**

NO KNOWN COPYRIGHT

[⬇ Download]

[⬇ Medium]

[⬇ Thumbnail]


**48 DOWNLOADS**
Since May 23, 2018

✽ PLUMX METRICS

**KEYWORDS**
Miller family, guides, cooking, snowshoes, outdoors, sports shows, Pilates

**SHARE**


We use cookies to help provide and enhance our service and tailor content. By closing this message, you agree to the use of cookies.    [Close]