***Salta & Associates, P.C.***
**Attorneys At Law**
**630 Ninth Avenue**
**Suite 405**
**New York, NY 10036**

---

**Direct Dial:  (917) 562-3347**
**Telecopier:   (917) 591-5095**
**email:  romeosalta@mac.com**

January 11, 2026

HON. ANDREW E. KRAUSE
UNITED STATES DISTRICT COURT
300 QUARROPAS STREET
WHITE PLAINS, NY 10601

  Re: Richtone Design Group LLC v. Kelly, et al.
     22cv1606

Dear Judge Krause:

 I am of counsel to Knull, P.C., counsel for the plaintiff in this action.  I am writing to you to inform the Court and counsel for the defendants that Charles Knull, Esq., principal of Knull, P.C., has leukemia and is currently undergoing aggressive medical procedures to treat his illness.  The medical procedures to which Mr. Knull is subjected is extremely debilitating.

 A few weeks ago, we were hopeful that Mr. Knull would still be able to work remotely while being treated.  It has become apparent that this is not possible and that he will most likely need a couple of months, if all goes well, before he could resume normal activities.

 In light of Mr. Knull's condition, Sean Gallagher, the plaintiff's principal, contacted me for the purpose of informing the Court that he will be seeking alternate counsel to prosecute this action.

 Given these unfortunate circumstances, I am requesting the Court to stay all proceedings in this matter for a couple of months so that Mr. Gallagher can engage new counsel and have him/her brought up to speed on this case.

Very truly yours,

Romeo Salta
