> First, the Court is sorry to hear of this news, and extends its best wishes to Mr. Knull.  Second, Plaintiff's request to stay discovery is GRANTED IN PART.  All discovery deadlines are hereby stayed until February 13, 2023.  On or before February 13, 2023, Richtone Design Group LLC must complete the process of retaining new counsel, or otherwise submit a letter explaining why it has not yet been able to retain new counsel.  New counsel for Plaintiff must file a notice of appearance promptly.  The Court will schedule a telephone conference shortly after February 13, 2023 to discuss next steps.  By January 17, 2023, Mr. Salta must provide a copy of this order to Mr. Gallagher, and must file a letter on the docket to confirm that he has done so.
>
> The Clerk of Court is respectfully directed to terminate the motion at ECF No. 48.
>
> Dated: January 12, 2023

HON. ANDREW E. KRAUSE
UNITED STATES DISTRICT COURT
300 QUARROPAS STREET
WHITE PLAINS, NY 10601

**SO ORDERED.**

_/s/ Andrew Krause_
ANDREW E. KRAUSE
United States Magistrate Judge

    Re:    Richtone Design Group LLC v. Kelly, et al.
            22cv1606

Dear Judge Krause:

    I am of counsel to Knull, P.C., counsel for the plaintiff in this action.  I am writing to you to inform the Court and counsel for the defendants that Charles Knull, Esq., principal of Knull, P.C., has leukemia and is currently undergoing aggressive medical procedures to treat his illness.  The medical procedures to which Mr. Knull is subjected is extremely debilitating.

    A few weeks ago, we were hopeful that Mr. Knull would still be able to work remotely while being treated.  It has become apparent that this is not possible and that he will most likely need a couple of months, if all goes well, before he could resume normal activities.

    In light of Mr. Knull's condition, Sean Gallagher, the plaintiff's principal, contacted me for the purpose of informing the Court that he will be seeking alternate counsel to prosecute this action.

    Given these unfortunate circumstances, I am requesting the Court to stay all proceedings in this matter for a couple of months so that Mr. Gallagher can engage new counsel and have him/her brought up to speed on this case.

                            Very truly yours,

                              Romeo Salta