*Salta & Associates, P.C.*
**Attorneys At Law**
**630 Ninth Avenue**
**Suite 405**
**New York, NY 10036**

---

**Direct Dial: (917) 562-3347**
**Telecopier: (917) 591-5095**
**email: romeosalta@mac.com**

*Romeo Salta, Esq.*

January 16, 2023

<u>*Via ECF*</u>
HON. ANDREW E. KRAUSE
UNITED STATES DISTRICT COURT
300 QUARROPAS STREET
WHITE PLAINS, NY 10601

Re: Richtone Design Group LLC v. Kelly, et al.
22cv1606

Dear Judge Krause:

    As directed by the Court, this is to confirm that I sent a copy of the Court's Order dated January 12, 2023, extending discovery deadlines until February 13, 2023, to the plaintiff's principal, Sean Gallagher. I also emailed, texted, and spoke with Mr. Gallagher on the topic of retaining new counsel and the time line for doing so.

    Very truly yours,

    */s/ Romeo Salta*

    Romeo Salta