# Exhibit List

Exhibit 1-Declaration of Christina Maria Gadar

Exhibit 2-Declaration of Victoria Batha Cuomo

Exhibit 3-Declaration of Hila Paldi

Exhibit 4-Declaration of Heather Erdman

Exhibit 5-Declaration of Heather Erdman-Ex. 1

Exhibit 6-Declaration of Heather Erdman-Ex. 2

Exhibit 7-Declaration of Heather Erdman-Ex. 3

Exhibit 8-Declaration of Heather Erdman-Ex. 4

Exhibit 9-Declaration of Heather Erdman-Ex. 5

Exhibit 10-Deposition Notices and Subpoenas

Exhibit 11-20230324_Letter to Postolski & Klobucar

Exhibit 12-20230328_Klobucar Email

Exhibit 13-20230322_Letter to Postolski & Klobucar

Exhibit 14-Plaintiff's Second Set of RFPs

Exhibit 15-Plaintiff's Supplemental ROGs

Exhibit 16-Plaintiff's Second Set of RFAs

Exhibit 17-20230317_Letter to Postolski & Klobucar

Exhibit 18-Plaintiff's ROG responses

Exhibit 19-Plaintiff's RFA responses