
TPB00187

# PILATES "WUNDA" CHAIR!

## WHAT IS THE PILATES "WUNDA" CHAIR?

IT'S the only 100% solid Comfort Chair. IT'S the Only Chair of its kind.

**It's The Most** simple and Scientifically Constructed chair invention of modern times.

**It's The Only** Chair purposefully designed to Pleasantly "Correct" your present Deplorable Physical Condition.

**It's The Silent** Artist - Sculptor - Moulding, Forming and Correcting every Part of the Human Body — as you will it.

**It Corrects** Bow-Legs, Knock-Knees, Flat Feet, Curvature of the Spine, Drooping Shoulders and Flat Chests.

**It Develops** and Reduces every part of the Body in the shortest possible time.

**It Positively** assures Symmetrical Correct Proportional Development of the Body – something that No Other Existing System or Apparatus Accomplishes.

**It Works Perfectly** without the aid of an instructor.

**It Can Be Used** alike by the Weakest and Strongest Man, Woman or Child.

**It Will Benefit** Grandma in her Wheelchair as well as the Athletic Champion.

**It Will Charm** you to Improve your Physique because of your instant Realization of its Benefits.

**It Needs No Artificial** Stimulent in the form of Expensive Advertising –it Advertises itself:

**It Is Inexpensive** and within the Reach of All.

**It Is The Result** of over 23 years of Research Work and was Invented among many other things for the Purpose of Helping the Unfortunate Victims of Infantile Paralysis.

**It Will Accomplish** more good in a few months than all Other Systems Combined can accomplish.

**It Is Really** worth while Investigating.

**It Will Give** you the Surprise of your Life and make you "Wunda" when you witness an exhibition covering over 100 Different Exercises performed in an Original Manner in a Few Minutes of your time.















**It Strikes** your Instant Fancy because you pay only a Moderate Price for a chair Superior in the Matter of Relaxation alone to all others on the Market Today—and Without Extra Cost affords you the Benefits of an All-Round Home "Gymnasium" Invisibly Metamorphosized in the chair itself.

**It Will Sell Itself** to other Enthusiastic Thousands by reason of your own unsolicited Words of Praise spoken by you in its behalf thus enabling the maintenance of a Policy of Selling the "Wunda" Chair always at the Lowest Possible Price in order that it may be Freely Purchased even by the Very Poorest Victims of Physical Defects, etc.

**Your Cooperation Merits** the Sincere Thanks of the Idealistic Inventor of Pilates "Wunda" Chair.

INFORMATION
**PILATES STUDIOS**
939 Eighth Ave.,    New York City

605-9186    10019

