**From:** Heather Erdmann heather@purebodystudio.com
**Subject:** Re: Restrictions on Pilates Collections
**Date:** October 26, 2022 at 1:05 PM
**To:**



> Begin forwarded message:
>
> **From:** Linda Murray <lindamurray@nypl.org>
> **Subject: Re: Restrictions on Pilates Collections**
> **Date:** May 20, 2022 at 3:20:21 PM CDT
> **To:** Heather <heather@purebodystudio.com>
>
> Dear Heather,
>
> Many thanks for your email and I'm delighted to hear that you plan to visit us in September. I'll try to make sure to catch you in the reading room and say hello.
>
> Unfortunately, because the Library has a strong commitment to privacy, it is the Library's policy not to disclose patron information of the kind you're seeking. I do hope you understand.
>
> Best wishes,
>
> Linda
>
> **Linda Murray**
>
> Curator,
> Jerome Robbins Dance Division Associate Director, Collections & Research
> **The New York Public Library for the Performing Arts**
>
> Dorothy and Lewis B. Cullman Center
> 40 Lincoln Center Plaza, New York, NY 10023
>
> 212.870.1655
>
>> Dear Heather,
>>
>> As you know, in response to an inquiry from a rights holder, the Library temporarily removed photography privileges to collections containing Pilates material while we reviewed our acquisition paperwork. That review has now concluded and the Library has determined that these collections can be opened to personal research photography again. The Library is closed to the public this week due to the Omicron variant but we will update the records in the coming days.
>>
>> Please note that although our policies on personal photography may permit personal photographs to be taken, responsibility for the use of those images remains the responsibility of the patron.
>>
>> With best wishes,
>>
>> Linda
>>
>> **Linda Murray**

Curator,
Jerome Robbins Dance Division Associate Director, Collections & Research
**The New York Public Library for the Performing Arts**

Dorothy and Lewis B. Cullman Center
40 Lincoln Center Plaza, New York, NY 10023

212.870.1655 Read the Jerome Robbins Dance Division's
annual report

On Nov 22, 2021, at 4:28 PM, Linda Murray <lindamurray@nypl.org> wrote:

Dear Heather,

Many thanks for your inquiry to Arlene Yu regarding the updated access status on Pilates related material.

The New York Public Library received a query into the rights of the Pilates material spread across multiple collections in our care. This will necessitate a full review by staff in our Permissions Department and while the investigation is ongoing all impacted materials are being placed under our "photography restricted" guidelines as a precautionary measure. You are still welcome and encouraged to access the materials in our reading room.

Once the Permissions Department has ascertained the status of the rights the photograph restriction policy will be reassessed.

Best regards,

Linda

**Linda Murray**

Curator,
Jerome Robbins Dance Division Associate Director, Collections & Research
**The New York Public Library for the Performing Arts**

Dorothy and Lewis B. Cullman Center
40 Lincoln Center Plaza, New York, NY 10023

212.870.1655 Read the Jerome Robbins Dance Division's
annual report