

# Return to Life

- .... a problem—and its solution
- .... Contrology: practice and theory
- .... values: personal to national
- .... costs
- .... a reformer's progress
- .... testimonials
- .... a work of rescue

## THROUGH CONTROLOGY

**AMERICAN FOUNDATION FOR PHYSICAL FITNESS**

# *Cameo*

**Contrology is the now half-century-old science and art of coordinated body-mind-spirit development through mild but rigorously disciplined physical movements.**

This system is ready-made for those who desire to drink longest as well as most deeply at the fountain of youth. Also for physicians, executives, teachers, trainers, parents and clergy seeking the best means of bringing their charges to ideal levels of "total fitness". Also for artists and others desiring most keenly to sharpen the primary tools of whatever art, from fighting to music-making.

The proof of Contrology is best provided in its creator, Joseph Hubertus Pilates. Who - at 77 - not only retains all his faculties in full vigor of prime maturity . . . he even continues more than a hand-to-hand match for almost any American over half his age.

What does Contrology do for other users? All are made amazingly supple, accurate and strong in movements. Unattractive bodies are either slimmed or filled-out, depending. Dancers and athletes of every kind are provided new powers and their lingering injuries are almost completely overcome. Those suffering from badly healed fractures and strained tendons are restored to symmetry and normal functioning. The "physically handicapped"—especially from war and the ravages of polio, arthritis, bursitis and rheumatism—are almost incredibly improved. Pianists, violinists, singers, painters, sculptors are given new controls over their bodies, and new mental vigor likewise.

More generally assessed, Contrology's values are beyond price. For its practice simultaneously re-forms the body and re-vivifies the mind, yields glowing and vibrant spirits and conduces to high efficiency in whatever pursuit. Thus, for individuals Contrology is one golden key to abiding joy. Its promise to education is a doubling of overall good results to pupils without adding one percent to taxes; to industry likewise. To the nation, its potential yields are fabulous.

How is all this accomplished? Contrology is specifically designed and conducted to *arouse* sluggish blood, d-i-s-t-e-n-d every capillary, *force* lymph through every interstice: by s-t-r-e-t-c-h-i-n-g every muscle and sinew and *wringing-out* the body. All under the strict control of the awakened brain in each of its ten billions of nerve cells.

The costs of this regimen for any man? or child? (Once learned) in apparatus: a simple semi-rigid-frame-and-mat properly equipped; in time: ten to fifteen minutes per day.

Testimonials to all stated above provide perhaps the most enthusiastic endorsements—by the most noted personages—yet accorded any system of personality development on this continent.

**To preserve Contrology to posterity and hasten its use throughout the land, thus serve the nation's safety, growth and glory, a Foundation is now germinating.**

Copyright 1957 by The American Foundation for Physical Fitness,
939 Eighth Avenue, New York 19, N. Y.

(The figures on the cover-page are of Joseph H. Pilates at 60 years of age)

## ...*a problem--and its solution*

**Thesis**

One great aim of every civilization is to assure its people a preponderance of joys over sorrows. Hence first of all health over disease: sane minds in *sound* bodies, the better to pursue happiness. However, increasingly since about 1918 we Americans have all innocently come to believe and act as if "mere" muscles—about 40 percent of the average adult human body—are of declining value in this "push-button" age: "Let motors, even nuclear energy *work* . . ." is our growing hope. But this is scientific and practical nonsense. Certainly following such a policy guarantees men reduced abilities to pursue happiness, or anything else . . .

Meanwhile, since about the middle of World War II, physical rehabilitation services—greatly developed by Veterans Administration hospitals and the dynamic leadership of such medical pioneers as Dr. Howard A. Rusk and others—have dramatically revealed and exalted the values of formal muscle-training and re-training. At least for "the handicapped" . . .

Nonetheless the alluring thesis persists for most of us: happiness can be bought without that regular disciplined effort required to render our bodies fully mobile, strong and enduring, our bloodstreams pure and our mindstreams continuously refreshed.

So happiness recedes and hospitals multiply. So medical aides are in ever shorter supply and the costs of illness rise ever more steeply in family budgets. So psychiatrists are increasingly implored to prescribe pep pills and tranquilizers, thus compounding hygienic folly. So dietitians' priceless counsel is rejected for blubber-shaking machines: the push-button philosophy in its most ridiculous as well as most costly personal flowering. So, too, that peculiar philosophy's equally suicidal political corollary—national safety is assured by atomic bombs *rather than* by iron men—gains ever more adherents . . .

**Antithesis**

Apprized in 1955 of this growing threat to the nation's welfare as well as to every citizen's abiding peace-of-mind, President Eisenhower at once began taking steps to reverse the trend toward . . . *corpore in-sano,* in 1956 creating a Cabinet Council to attack the problem. Then last spring a President's Citizens Advisory Committee (of 119 members) on Youth Fitness was organized. Its duty: "To alert

Case 7:22-cv-01606-KMK-AEK   Document 59-9   Filed 03/29/23   Page 4 of 16

our country on what can and should be done to reach the much desired goal of a happier, healthier and more totally fit youth in America." And last September 9th, Vice President Nixon, speaking at West Point for the President, insisted that, while "total fitness" is the general goal, nonetheless *"physical* fitness is the primary responsibility of the Committee."

Recently, too, physicians have been showing that proper bone-and-muscle movement holds off coronary heart disease and prevents or cures low-back pain, diabetes, tension syndromes . . . as well as some forms of arthritis, polio, gangrene, miscarriage, etc. Indeed Dr. Paul Dudley White now insists, "Physical exercise is . . . just as essential for the best health as are rest and sleep, food, job, recreation and peace of mind . . . An intense mental worker needs (physical) exercise to keep his mind clear . . . (this is) most important of all". . .*"Just* as essential". . . !*

Likewise businessmen are presently discovering that "executive health" is a prime prerequisite for success. And in administrative decisions as well as in maintaining production, distribution and selling energies at high levels of efficiency.

**Synthesis**

Few Americans will question that there is much hygienic good in properly conducted games, sports and "free play"—even in occasional saturnalias to let off steam. So are ataraxics and amphetamines good—in their places. These are delectable icings on the tough breads of proper health development regimens. Or desperate remedies for neglected bodies. But where is a mathematician without his multiplication tables? Or any man, let alone parent or patriot, lacking abundant hard-won well-disciplined bodily strength, endurance and mobility?

What then, along with good nutrition, is the best single all-round body-developing regimen: at once most generally efficacious for both sexes and all ages and most economical of both time and effort? And which provides at once both a complete program of body development *and* a system of self-testing?

Fortunately the answer is already at hand: *Contrology,* so called by its creator, Joseph Hubertus Pilates, certainly one Man of This Year for all America. Who since 1902 has steadily further refined his then formulated system: of certain mild relaxing and stretching movements under rigorous control of the mind. Nor is Contrology even chiefly body-building: actually its use simultaneously develops body, mind and spirit. And conduces to high efficiency in any calling, as well as to personal felicity. As is attested in superlatives of praise and gratitude by the most notable list of personages perhaps yet to endorse any physical development program anywhere in the modern world.

---

*\*The Reader's Digest,* October, 1957

# ... Contrology: practice and theory

## Non-Contrology

Contrology is totally unlike what Americans have learned to expect in gymnasia and health salons. No medicine or other balls are used, or any "free play"; nor are movements made quickly or jerkily. Nor are rhythms permitted, not even "One, two, three, four . . ." And no running or violence. Or noise above muted background music under the commanding voice of the instructor, precise and insistent.

Nor, in Contrology Centers, does one stand: most movements begin and end with the student practically horizontal. Nor is one given heavy weights to elevate, or permitted to repeat movements more than a very few times; indeed, straining-to-exhaustion efforts are malpractice: *anti*-Contrology.

As for apparatus, though Pilates studios are crowded with such, no single piece is familiar to non-Contrologists: no high bar, parallel bars, horse, box, climbing rope, stall bar or Indian club. Even the mats used are significantly different from those found in other gymnasia. Nor are electric motors or steam baths provided further to coddle the bodies of world-weary "health seekers."

Finally, Contrology is not "medicine" or even "physical therapy." For its aim is not specifically corrective but generally body-building and co-ordinating. Hence its users are neither "patients" nor "treated." Each *student* is given as nearly as possible the same regimen, and in kinds and amounts equal to his or her requirements under careful supervision. And only if approved by his or her family physician.

## Contrology: practice

The prime essence of the Pilates system is mental discipline: slow muscular movements under the constant direction and control of the alerted intelligence. First, that of the teacher, striving to join the student's muscles and will by ordering simple evolutions executed precisely: no cinch! And seeing to it that the student responds *accurately* and no nonsense. Then, as the student learns to focus his own will on these movements (muscles!), he takes over: "disciplines himself." Just as the embryo mathematician is first *trained* in the multiplication tables.

Beginners in Pilates' system soon learn that these movements exercise the central body far more than the limbs. And, begun and ended in practically prone or supine positions, burdens on the heart and veins are eased and body-weight is taken off the legs. These techniques also render Contrology safe for the more severely handicapped. Meanwhile controlled deep breathing is an integral part of every evolution, each of which activates as many muscles as possible consistent with its own special purposes.

Kindergarten movements—the "multiplication tables" of Contrology—learned, new evolutions are taught: first by example, then precept, then criticism, admonition, encouragement, the student progressing imperceptibly from elementary to higher (more complex, more difficult and combinations thereof) movements: clearly this scheme is for thinkers and doers. And, for best results, requires highly competent as well as dedicated teachers.

Later, more difficult evolutions are learned. Until the persevering student's now-mentally-*disciplined* body has become wholly responsive, fully mobile, abundantly strong and practically tireless: the perfected temple that his myriads of genes—and Nature—intended.

Meanwhile the student has made a discovery as delightful as it is surprising: these mild relaxing and stretching movements that are visibly remolding and strengthening his body and bringing renewed color and smoothness to his skin *also* render him positively refreshed physically and revived mentally.

## Contrology: theory

Contrology is the science and art of coordinated body-mind-spirit development through natural movements under strict control of the will. Its aim: *to sharpen the tool:* render this boiler-engine a highly efficient and instantly responsive instrument of the human spirit. Hence Contrology's method must be rigorously scientific: in accord with the dictates of human anatomy, physiology and psychology. Basically, however,

### Contrology: theory (continued)

it is Hippocratic in concept, aim and method: *a return to Nature*. Thus once more emulating the Father of Medicine and his most glorious disciples from Avicenna, Rhazes, Maimonides and Paracelsus to Boerhaave and Sydenham.

Contrology movements are designed to exercise to its full *extension* every single bundle in the 800 voluntary muscle-motors each of us has been given to alter both ourselves and the world's face: serve Life's great purpose. And stretch to its limit every tendon so we may the better serve. Especially those binding vertebrae together; until the spine—the very Backbone of Life—becomes as straight as a plumb-line and as resilient as a whip . . .

The Contrologist's chief guiding purpose, however, is to send blood coursing through every artery, vein, capillary; thus re-vivify every cell of the about 26 trillion which compose the body. As well as urge into heightened chemical activity each blood cell. Of which the body harbors so many it is instructive to recall that 140,000,000 red blood corpuscles must be born every minute of each man's life in order to keep him supplied with the 20-odd trillions needed to keep the rest of the body in motion. Meanwhile the deep breathing which is an integral part of every evolution keeps blood well aereated: fully oxygenated and "clean."

How all this is accomplished is a long story: a tale of a half-century of Pilates' analyses, experiments and inventions.

Further to aid vital organs, movements are planned and their execution disciplined to relieve the heart, lungs and liver, particularly, of the constrictions caused by modern living and working. Which—owing to man's upright posture—bow the back, compress the heart and lungs, relax the diaphragm, billow the belly and spread the fundament. So that the thoracic cage is o-p-e-n-e-d, bowels are k-n-e-a-d-e-d, tendons are s-t-r-e-t-c-h-e-d. These movements also further facilitate the flow of blood and lymph, thus wash away the body's "ashes": lactic acid and other fatigue-inducing products of metabolism. In short, the entire body is *wrung-out* like a wet towel: deep massage is given oneself, rather than having outside hands, chemical stimulants and mechanical vibrators superficially lay it on.

Finally, all is done under the insistently alerted control of the electrically re-charged brain cells in their marshalled ten billions of separate lives: these are *compelled* into co-ordinated endeavor. In fact, the very essence of Contrologic philosophy is that each brain cell is trained to cooperate with others.

Thus Pilates' system is *natural* rejuvenation of *all* the body-mind processes. So that the practicer feels "new life", a "return to youth"; and a "rested" body—from exercise.

# ... *values of Contrology*

### Values for all:

In addition to its general rejuvenating powers, Contrology renders its users mobile to degrees hardly approached by other Western body-improvement systems. Hence can they the more easily and quickly perform any task, acquire any desired physical skill. And better preserve their own bodies from injury.

Contrology also increases — without overtraining — physical strength and both physical *and* mental endurance. Other body-development systems may perform these two services as well, but not nearly so safely. Hence is this system also ideal for convalescents from any injury, disease or breakdown.

Contrology also renders the mind the body's master; and greatly increases self-confidence and courage; and so strengthens the will. And all this be the student eight — or eighty — years of age, given at least average IQ.

### ... for artists:

Of all professional men, artists most need perfectly functioning bodies under the dominion of sensitive and powerful as well as communicative minds. Hence . . . is Contrology any artist's best primary professional discipline.

Of all artists, dancers most need perfectly functioning bodies. Hence do the most experienced dancers most enthusiastically endorse Contrology. Not only because its practice greatly develops general health, physical beauty, mobility, strength and endurance. But also because it yields awareness and control of muscles neglected even by dance training.

The Pilates system is also most efficacious for returning warped bodies to symmetry and torn muscles and sinews to normal functioning.

### ... for "the physically handicapped":

"Of our thousands of students since 1926", remarked Clara Pilates recently, "each has come with a special physical handicap to be smoothed out of his or her body". It could hardly be otherwise. For *all* men are physically handicapped: we differ only in degree of defect. Thus, *from* merely over-fatigued ballerinas and concert musicians burdened with no other physical handicap *to* permanently bed-ridden quadruple-amputees is an unbroken human continuum: physically we are all brothers.

And all — all! — have the same unresting need from youth to the very deathbed: to have each living cell revivified by pure rich blood continuously bathing its surface. Hence there is not one of us whom Contrology cannot serve, and greatly. But the greater the physical handicap the greater the need of — Contrology.

Moreover, a large proportion of "4-Fs" can — more surely, quickly and greatly than by any other training — be rendered fit even for military combat flying service: *it has already been done.*

### . . . for executives:

The greater the number of workers any man is responsible for, the greater is his need of physical fitness. This prime personnel-administration principle's prime corollary: The more gifted are any man's administrative subordinates, the greater is *his* need of physical fitness. Ergo: Contrology! And the more he has . . . the greater their respect.

### . . . for the mentally gifted:

The greater any rational individual's mental endowment, the greater (should be) his desire* for physical fitness, too; therefore the more will he value Contrology.

### . . . for teachers — of whatever:

Any teacher's need of physical fitness is directly proportional to the number — and IQs — of pupils for whom he is responsible. And as parents, priests, police, publicists and statesmen are, above all, teachers, they too . . . Hence . . . Moreover, teachers should be *primarily, continuously* and *insistently* concerned for their pupils' physical fitness. Hence . . . Finally, the higher the physical fitness of his pupils, the greater the teacher's need of same.

### . . . for the armed services:

Contrology is ideal pre-conditioning for any kind of military service; especially for boxing, wrestling, Judo and other hand-to-hand attack and defense training programs.**

### . . . for American education:

Proper use of Contrology plus certain closely related or implied techniques can readily *double* American education's overall good effects on pupils — without adding one percent to its over-all costs to taxpayers.

### . . . for national safety, glory, happiness:

Proper use of Contrology, etc., can readily add greatly to the nation's productive and service forces.

---

\* Recall Rogers' Law: General learning potential is about twice as dependent upon physical fitness as it is upon intelligence: $GLP = if^2$. Or, $GLP = (IQ)(PFI)^2$

\*\* Of forty young men in an upstate New York "Contrology Club", 1936-40, thirty-nine were welcomed into the Armed Services, 1941-42 . . . The fortieth was quite paralyzed in one arm from polio, hence ineligible.

**Minimum costs**

The minimum costs of "mat Contrology" are (a) the illustrated manual, *Return to Life* at about $3.00; (b) a Pilates-system Mat at about $30.00 or less if home-made; and (c) ten to fifteen minutes per day.

Since the manual and mat can be used by several persons, their costs may be divided. If by three, the minimum money costs to practice Contrology are about eleven dollars. Since the manual and mat need never wear out, the first cost is also virtually the last. And who cannot find ten minutes a day for raising his own physical fitness to ideal, and keeping it there? Thus almost eliminating his need of medicines, etc.

**Costs for best results**

Optimal results from Contrology—as from any other art—require reasonably continuous supervision by highly trained instructors in well equipped Studios or Centers using several other apparatuses as well as the mat. Such instruction costs up to ten dollars per hour. After students are well trained, several may be expertly supervised together, cutting this cost to two dollars per hour each. (When . . . Contrology becomes expertly taught in schools and colleges as part of regular physical education, individual instruction of adults may . . . be dispensed with.)

For best results, whether alone or under supervision, the *Pilates Universal Reformer*—a rolling-sled-spring-box machine about 2½ x 8 feet in size—is obligatory, costs about $150.00, lasts indefinitely. For physicians' offices, a combination lounge-reformer, called *Divana*, costs about $300.00.

# ...a reformer's progress

To physicians and educationists first coming upon it, the Pilates System of body-mind-spirit development must be almost unexplainable: how could it be so complete—and so efficient—yet remain so long un-hailed? We leave this enigma for future elucidation . . . hasten on to record that Pilates began his researches in 1888. When, at the age of eight in his native Westphalia, he began seriously to study nature. How? By purposefully observing the habits of wild animals in nearby forests.

Happily this youthful vocation—almost instinctively undertaken to ward off incipient TB—was greatly subserved by an almost photographic memory, which assured the gestating specialist in practical hygiene top place in the schools at which he enrolled. So that he seldom attended classes. Meanwhile Joseph's civil-engineer father set him a challenging example, winning many gymnastic prizes and serving as director of all the Turnvereins in the Rhineland.

Pursuing this same bent, the younger Pilates first excelled in games and sports. Then went on . . . to invent new methods of body development and self-defense. Occupationally a star circus performer, in 1914 his troupe was interned in England. But he took advantage of even this equivocal opportunity, becoming the beloved "savior" of fellow internees' "physical and mental lives." Thus, through their use of his techniques, of 8,000 under his physical guidance, *"not one died"* during the elsewhere devasting 1918 influenza epidemic.

Returned to Germany in 1919, the already outstanding innovator became so competent that in 1924 the Hamburg Military Police made him a major and their chief physical instructor; his methods were later used in training the German Army.

In 1925 Pilates visited America; in 1926 the publisher and editor of *Ring* Magazine—Nat Fleischer—persuaded him to settle in Manhattan, set him up in his first and still continuing establishment at 939 Eighth Avenue near Columbus Circle, and witnessed his final oath of citizenship. For these services the nation may well thank the perspicacious journalist.

So, since 1926—with already behind him a professional life-time of analytical study of nature and original experimentation in human body-mind improvement—this Pilates has persevered along his appointed way: a veritable Prometheus in pursuit of mankind's physical welfare. And as his analyses and experiments matured, new apparatuses were conceived, laboratory-tested, refined. These inventions are their patenting, etc., cost him upward of $80,000.

During all this time various assistants were trained and supervised; many famous dance, theater and music artists' over-strained bodies were repaired and brought to new peaks of efficiency; many business and professional men's—and women's—vitality and mobility restored. And tuitions were earned from thousands of students: to pay for Joseph's—and his invaluable wife and associate, Clara's—needs.

The present upshot? Today Contrology is a by-word among ranking artists in New York City; and Pilates stands faultlessly erect and completely panoplied, with a combined knowledge and vitality possessed by few men of any chronological age: ready to hand on his beloved system to all.

# ...testimonials*

From the 2000-plus students on the rolls of the "College of Contrology" since its inception at 939 Eighth Avenue in 1926, its Registrar has preserved letters or written statements of thanks and appreciation by some 200 "alumni" and "-ae". Also some 20 endorsements by German physicians and others in the early 1920s. From these, the following excerpts testify to the variety of results achieved—note well!—on the bodies, minds and spirits of far and away the most distinguished student body ever to endorse any physical development program in the history of—well, the Americas, anyhow. Nor are these the tributes of pampered and transitory clients of some ultra-fashionable salon. They are the considered judgments of men and women who have submitted themselves—within a wholly matter-of-fact environment—to one of the most rigorous disciplines to be found today on this continent short of the U. S. Marine Corps . . . Some having journeyed even from Wall Street to Columbus Circle one, two, even three hundred times for lessons under Joseph and Clara Pilates. Some having been faithful up to twenty-two years already. And this is what a few of them say: you could hardly find one of the 2000 who would not endorse the encomiums quoted hereafter:

*March, 1919: Twenty-one Department Heads, for Eight Thousand German Internees on The Isle of Man:*
"To our dear comrade, Mr. Pilates, teacher and instructor of body culture, always ready . . . most unselfish in extremely nerve-wracking four and one-half years . . . Owing to his training we shall be fit until the end, bodily as well as spiritually . . ."

## 1920-29

*Professor der orthopadischen Chirurgie an der Universitat Hamburg,* KOTZENBERG:
"Pilates' methods are without doubt excellent for the whole musculature . . . particularly legs, back, stomach, lower extremities, hip accidents (hence) any sport . . . Especially advised instead of walking . . ."

*Medical Doctor,* C.M.:
"have used (Contrology) several months . . . excellent results . . . strengthens especially back, abdomen, legs, feet, stimulates internal organs . . . especially good for obesity, rheumatism, gouty conditions . . . and young women . . . after childbirth . . ."

*Hamburg Chief of Military Police,* DANNER:
"I have personally attended a self-defense course by Herr Pilates . . . the perfect working tool of the whole body . . . Pilates had a sympathetic . . . still a forceful way of instruction in his art of teaching . . . this wonderful course . . . Efforts crowned with great success . . ."

---

* These letters may be examined, by any responsible person, in the offices of the Foundation.

*Hamburg Physician,* J. KR.:
". . . urgently recommend Pilates apparatus to both healthy and sick people . . . in repair of large and small wounds . . . fractures . . . rheumatism of joints . . . atrophy of muscles, partial paralysis of thighs . . . sick and convalescent . . ."

*New York City Police Captain,* A. N. WALLENDER:
". . . a thorough system of body building and for teaching methods of self-defense . . ."

*Filmschauspielerin,* A. B.:
". . . simply thrilled. What I could not accomplish through walking, jumping, swimming, your Reformer did in a jiffy. I became slim . . . healthy . . . strong as never before . . ."

*Schuterstr,* J. PH.:
". . . legs so crippled I could hardly take three steps with a cane . . . After three months of (Contrology) . . . I can walk 100 meters without assistance . . ."

*Dancer,* TABATHA GOODWIN:
"The Pilates system, to me, is synonomous with perfect health and a beautiful body . . . the furthest development of body building attained in modern times . . . incredible methods . . . miraculous results . . . this great altruistic work."

## 1930-39

*Physician,* DR. HARRY KING STONE:
". . . a three months' course with Mr. Pilates is apprenticeship . . . a 12-months' course is perfection . . ."

*Businessman,* ROY J. BEGGS:
". . . that chest I had on my back was put where it belongs . . . I can't praise Pilatism enough . . ."

*European Pianist,* ELLY NEY:
". . . I have to thank my dear friends . . . The Pilates System brought me back to life and health . . ."

*Opera Singer,* OSCAR COLCAIRE:
". . . far and away the best system of exercise ever invented . . ."

*Dancer,* JUDITH BERG:
". . . thanks to your guidance I am able to function again as a dancer and teacher . . ."

*Teacher,* EDWARD JEROME DIES:
". . . I have sent you cases of stuttering, infantile paralysis, nervous twitching, cripples, war veterans, sleepless complexes . . . all benefited from Contrology . . ."

*Automobile Wreck Victim,* JOHN PRINGLE:
". . . complicated breaks in femur and hip . . . in plaster cast from right foot up around torso . . . my recovery the marvel of the doctors (due to my previous and later) development at your Studio . . ."

## 1940-49

*Ambassador,* HUA R. MAZLOS DE YEAZON:
". . . suffered always from asthma . . . and underweight. In your studio very soon . . . asthma became less . . . gained weight . . . discovered the use of having muscles . . ."

*Physician,* DR. JOSEPH FRANKLIN MONTAGUE:
". . . I have known and used Pilates' apparatus and methods for ten years . . . incredibly satisfactory results in cases which appeared hopeless . . . bone and joint diseases . . . rehabilitation of wounded soldiers . . . safe and remarkably simple . . ."

*Airline Executive,* EDWIN BURGHARD STEINER:
". . . infantile paralysis in 1936. By 1944 weak, soft, stooped. Now feel better, more energy . . . Pilates methods marvelous . . ."

*U.S. Army Corps of Engineers,*
MAJOR CLARENCE F. BUSCH:
". . . unreservedly commend Pilates' course . . . no other method of physical culture equal . . . in comprehensive thoroughness, rapidity of results . . . general benefits of a permanent nature . . ."

*President, Editor and Publisher,* NAT FLEISCHER:
". . . Joseph Pilates knows more about conditioning men than any physical educator . . . a process all his own . . . a master at his art . . . and at boxing, ju jitsu and use of the sword . . . originator of the iron shoe now generally used in polio cases and of the restbed for straightening spinal curvatures . . . also first to bring into use among injured service men . . . springs attached to hospital beds . . . a physical culturist . . . unsurpassed . . ."

*Vice President, Construction Corp.,*
ROBERT G. GREGG:
". . . just what the returning service man would need . . . I urge you to bring the Pilates method to the attention of our Government . . ."

*Violinist,* YEHUDI MENUHIN:
". . . the deepest regret for this sudden departure is that I was unable to bid you farewell . . ."

*Air Force Veteran and Sculptor,* JOHN R. TERKEN:
". . . deviated spine and nervous condition . . . doctors (predicted) semi-invalid always . . . Contrology exercises changed my mental and physical condition (so I was) accepted in the U.S.A.F. . . . flying regularly at high altitudes . . . owe it all to Joseph Pilates . . ."

*Actress-Singer-Dancer,* MAUD MILTON:
". . . when I work with you I feel twelve, and when I don't I feel ninety . . ."

*Portrait Photographer,*
BARON GEORGE HOYNINGEN HUENE:
". . . to the Pilates Studios regularly for over four years . . . done me no end of good . . ."

*Actor,* RAYMOND BRAMLEY:
". . . bordering on nervous breakdown . . . a new lease on life (from Contrology) . . . a thrill to put it mildly . . ."

*American-European Dancer and Educator,*
EVELYN DE LA TOUR:
". . . I came to you broken in health and spirit, a physician having said I should never dance again . . . after three months with you Leonide Massine said, 'I have never seen you dance with your instrument in such perfect training'. . ."

*Singer,* JOHNETTE R. WROTEN:
". . . after six sessions . . . I experienced a new source of power . . . after eight sessions am feeling a stamina and zest . . . not known since childhood . . ."

*TV Composer,* TOM SCOTT:
". . . incredibly wonderful system . . . fifteen years younger . . . more energy . . . happier and brighter . . . creative ideas . . . 99% more energy . . ."

*Health Educator, Retired,*
WILLIAM F. C. WUCHERER:
". . . in bed for three months . . . hypertension, arterioscerotic heart disease (etc.) . . . then to Pilates Studio. Doctor amazed . . . by the calendar I am 69 . . . feel ten years younger . . ."

## *1950-1957*

*English Peeress and Philanthropist,*
LADY ELIZABETH SHONES:

". . . I was lame, unable to take athletic exercise, back strained; asthma . . . you assured me once I achieved right posture through your exercises I would never lose it. This was proved . . ."

*Society Matron,* MRS. LYDA CASEY:

". . . five years ago blood pressure 240, arthritic, 'permanently' bed-ridden . . . today, at 59, completely recovered, feel and look ten years younger, go everywhere, do everything. Each morn I say a prayer for Pilates . . ."

*University Administrator,* JAMES F. P. TROSCH:

". . . without hesitation you and Clara undertook to make changes in me when I was 45 that physical therapists had told me flatly were impossible after the age of 20 . . . after 2 years of Contrology I am amazed . . . the cumulative effect . . . the strong sense of *inevitable* growth . . ."

*TV President-Executive,* MILTON A. GORDON:

". . . trips to the studio have done a great deal toward . . . keeping the ravages of old age away . . . the bursitis was so bad . . . now my whole body is in better tone . . ."

*"Wallstreet" Brokers,*
JOHN E. MCQUILLAN AND E. E. ANDERSON:

". . . Neither medicine nor pills could ever do for anyone what your exercises and help do . . . I felt alive for the first time in years". . ."I am now completing my 22nd year with you. In a confining business life . . . your system is the answer . . ."

*Businessman,* CHARLES H. BRODY:

". . . Your work (should be) established in every city over the entire earth . . ."

*Office Manager,* FREDERICK V. HILLERS:

". . . crippled with traumatic arthritis of the spine . . . told I would never walk again . . . your system . . . will save the civilized human race . . ."

*Secretary,* NINA CONRAD:

". . . suffered many years from poor circulation, severe fatigue, scoliosis, sway-back, one hip higher, off balance . . . many months in plaster casts . . . the day I learned about Joseph Pilates . . . was one of the most important in my life . . ."

*Actor-Producer-Director,* JOSE FERRER:

". . . Joseph Pilates completely changed and immeasurably improved my physical condition . . . will affect my health favorably as long as I live . . ."

*Pianist-Composer,* RUDOLPH SCHIRMER:

". . . I came to you . . . with asthma . . . no chest development . . . highly deficient vitality . . . certain prospects of increasingly miserable future . . . (In consequence of your System) I served three years in the armed services in perfect health . . . unmeasurable is the vast accumulated potency of body *and spirit* . . . will go on forever . . ."

*Broadway and TV Composer,* HUGH MARTIN:

". . . I would never have the physical stamina to meet the challenge of working simultaneously on films, Broadway shows and TV . . . (without) the invaluable assistance of the Pilates System . . ."

*International Singing Teacher,*
WILLIAM PIERCE HERMAN:

". . . for nearly a quarter-century Joseph Pilates has been of invaluable assistance to me in developing body tonicity, which is a fundamental part of my training . . . his ideas are priceless for singers as well as for all other people."

*Painter,* LLOYD LOPEZ GOFF:

". . . I not only feel better, have more energy and am more productive in my work, but also I am more relaxed and happy . . ."

*Premier American Dancer-Educator,* TED SHAWN:

". . . after fifty years of studying all sorts of systems of physical culture . . . all over the world . . . I found Contrology the finest system . . . for keeping dancers in shape and for correction of physical negative conditions . . ."

*Premier American Dancer-Teacher,*
RUTH ST. DENIS:

". . . there should be a thousand Joe Pilates scattered over the United States to work hand-in-hand with the spiritual forces of the country . . ."

*Metropolitan Opera Ballerina,* PATRICIA BOWMAN:

". . . you and your wonderful method have indeed on two occasions practically saved my dancing life.."

*Singer and Voice Teacher,* VITTORIO ORSINI:

". . . handicapped from youth (I vainly sought health) in New York, London, Berlin, Vienna, Prague, Milan, Florence, Rome . . . even Yogi and psychiatry . . . Then I walked into your Studio . . ."

*Fighter-Flyer-Actor,* LOGAN FIELD:

". . . partial paralysis from waist down . . . (military) medical authorities advised surgery . . . (but) after only six weeks (of Contrology) I felt like a new man . . . no relapse whatever . . . amazing rejuvenation and renewed control over both mind and body . . ."

*Physical Culturist,* DR. RONALD P. LAWRENCE:

". . . a revelation indeed! . . . a natural system of motion that made sense . . . embodies science, logic and psychology conducive to the greatest physiological benefit to the human organism . . ."

*Physiotherapist,* DR. LOUIS ARTHUR YURMAN:

". . . if I had my life to live over I would become a Pilates-Contrology disciple . . ."

*Dance Critic and Author,* WALTER TERRY:

". . . the many wonderful things Contrology has brought to me. (I had) a numb leg . . . childhood polio . . . nervous tension . . . all cured . . ."

*Dancer-Physical Re-educator,*
CAROLA STRAUSS TRIER:

". . . your work is a must, to every human who wants to feel well, stay healthy, and be useful."

# ...*a work of rescue*

Like any pianist's art, Contrology cannot be preserved—or even more than vaguely limned—on the printed page. It must also be both seen and heard: there is no other way. But Joseph Pilates cannot go and teach everywhere. Or anywhere beyond a few more years . . .

Therefore required—at once?—are expertly planned and executed sound-films of the Master performing and teaching his incomparable system of "body-mind-spirit development," as he well insists on describing it. The originals should be preserved in some central authoritative office, which should control the distribution, showing and lecturing on prints at least in the larger cities and most influential teacher training schools.

However, even such documents cannot properly transmit Pilates' unique instructional techniques to future generations. Required are facilities for him and his wife, Clara, personally to prepare other teachers: a laboratory-school within the metropolitan area. Where physicians, physiotherapists, physical educators, dance and other art teachers, military and other physical conditioning specialists and industrial personnel directors can acquire *at first hand from the originator* the spirit as well as the detailed methods of Contrology.

More is needed: facilities for the design, manufacture and distribution of Contrology apparatus. And for research and experiments in correlative physical fitness techniques and tests, also for the preparation of manuals and other guides. And for the dissemination of information on all the above throughout at least North America? All these require institutional organization, offices and laboratories, the collection and proper expenditure of considerable monies. In other words, there should be a proper Foundation to support and direct the work.

To institute . . . such an aid—"for humanity everywhere"—the Pilates have pledged their remaining energies and other considerable assets. Hence is this "Bulletin One" fully justified in calling Joseph Hubertus *promethean:* even one conspicuous Titan among modern Westerns. For he has indeed brought to earth a special kind of fire to temper the very souls of men.



# PILATES

Sculpture by JOHN R. TERKEN

This is Copy Number............for................................................

Printed in the United States of America by G. Schirmer & Company