

**PILATES**

Sculpture by JOHN R. TERKEN

This is Copy Number 27 for Carola Strauss Trier

Printed in the United States of America by G. Schirmer & Company

(Second Letter)

(Projected) AMERICAN FOUNDATION FOR PHYSICAL FITNESS
939 EIGHTH AVENUE
NEW YORK 19, N. Y.
COLUMBUS 5-9166

JOSEPH H. PILATES
PRESIDENT

October 9, 1957

Dear Carola

Shortly you should receive inscribed Copy Number 27 of RETURN TO LIFE - a brochure explaining Contrology, outlining its values and costs, sketching the life of its creator, Pilates, etc.

The importance of this publication at this time can hardly be exaggerated in view of the Soviet's latest scientific triumph presently convulsing the civilized world. Since Contrology provides far and away the most effective as well as most scientific system for actually increasing our nation's physical fitness to do anything at all - work, play, study, learn, produce, serve self or others - yet developed in America, perhaps anywhere. Moreover, Contrology simultaneously and greatly increases any individual's all-round skill, confidence, courage and will-to-persevere.

May I also express the hope you yourself will study this brochure? Then, if its challenge pleases, lend it to your technical advisers for more thorough study, even encourage them personally to investigate, then assess the truth of its claims? For the best way to appreciate Contrology is by actually seeing it taught and conversing with Pilates' students in his Studio at the above address.

Enclosed herewith for your further assurance is a representative list of Pilates' students: some of these have already been studying with him for upwards of two decades.

With every good wish for your own and your official subordinates' continuing physical well being,

Very truly yours,

Fred. Rogers

Frederick Rand Rogers
Director of Development