

GEARHART LAW, LLC
41 River Road
Summit, NJ 07901
(908) 273-0700
www.gearhartlaw.com
Licensed in NJ, NY, MA, and USPTO

May 3, 2023

<u>**VIA ECF**</u>

The Hon. Andrew E. Krause
United States District Court
Charles L. Brieant Jr. Federal Building and U.S. Courthouse
300 Quarropas St.
White Plains, NY 10601-4150

**RE:** <u>*Richtone Design Group, LLC v. Kelly et al.*, Case No. 7:22-cv-1606-KMK-AEK</u>

Dear Magistrate Judge Krause:

Plaintiff writes this letter, as directed by Your Honor, regarding affirmative discovery disputes in advance of the May 9, 2023 hearing. The parties previously held a meet and confer on April 26, 2023 to continue to resolve the outstanding discovery disputes.

As of the time of filing of this letter, Plaintiff has not received responses to its Supplemental Requests For Admission, Supplemental Interrogatories, and Supplemental Requests For Production. As such, Plaintiff is not apprised of what discovery disputes may still exist with regard to the same.

Additionally, Plaintiff is yet awaiting the availability of the Defendants and declarants for scheduling the depositions.

Respectfully Submitted,

<u>*s/*David Postolski</u>
David Postolski, Esq.
James Klobucar, Esq.
GEARHART LAW, LLC
Innovation Plaza, Suite 1A
Summit, New Jersey 07901
Telephone: (908) 273 0700
Facsimile: (908) 273 0711
david@gearhartlaw.com
james@gearhartlaw.com

*Attorneys for Plaintiff*
*Richtone Design Group, LLC*

1