# Gordon E. R. Troy, PC
Attorney at Law
Mailing: PO Box 67, Windsor, VT 05089
Office: 183 Highfield Drive, West Windsor, VT 05089
(802)881-0640 | Firm Email: office@webtm.com

To: The Hon. Andrew E. Krause, Magistrate Judge

Re: <u>22cv1606 Richtone Design Group, LLC v. Kelly et al</u>      **Date**: May 5, 2023

Dear Judge Krause:

    This letter is in response to the letter from Plaintiff's counsel filed on May 3, 2023 (Dkt. 75). As I told counsel via email an hour before filing their letter, I would be serving Defendants' responses after they were approved by Defendants, and the responses were indeed served several hours later, together with a confirmation of deposition dates for Ms. Kelly and all third-party witnesses. A copy of my letter to opposing counsel is attached as Exhibit 1.

    We also advise the Court that the parties unintentionally failed to request the transcript for the October 19, 2022, hearing. On Tuesday, as soon as we realized it was missing, we ordered an expedited transcript. (There is evidently an audio problem with the recording.)

    With respect to your Honor's Order today (Dkt. 77), Defendants will, unless the Court indicates otherwise, print out the approximately 85 emails and mail them to Chambers.

Respectfully submitted,

By: _____
    Gordon E. R. Troy, Esq.
Direct Email: gtroy@webtm.com

cc: David Postolski and James Klobucar via ECF