

GEARHART LAW, LLC
41 River Road
Summit, NJ 07901
(908) 273-0700
www.gearhartlaw.com
Licensed in NJ, NY, MA, and USPTO

June 30, 2023

**VIA ECF**

The Hon. Andrew E. Krause
United States District Court
Charles L. Brieant Jr. Federal Building and U.S. Courthouse
300 Quarropas St.
White Plains, NY 10601-4150

RE:     **Richtone Design Group, LLC v. Kelly et al., Case No. 7:22-cv-1606-KMK-AEK**

Dear Magistrate Judge Krause:

Pursuant to Your Honor's March 5, 2023 order (ECF No. 77), Plaintiff/Third Party Defendant ("Plaintiff") submits this letter regarding the present fact discovery deadline of June 30, 2023. Your Honor indicated in the March 5, 2023 order that "[t]he Court will not extend the deadline to complete fact discovery at this time, but will do so upon issuing a decision regarding the currently pending discovery disputes." Plaintiff, at present day, has been able to complete the deposition of one of the fact witnesses, Mr. I.C. Rapoport. Counsel for Defendant has been adamant that Your Honor's ruling on the outstanding discovery disputes is required before being able to proceed with the deposition of any of the other six fact witnesses. Thus, Plaintiff would respectfully request at least ninety (90) days to complete fact discovery from the date of Your Honor's order on the outstanding discovery disputes. Plaintiff believes that this will allow for the remaining depositions to be timely scheduled and allow for any follow up discovery that may be warranted.



GEARHART LAW, LLC
41 River Road
Summit, NJ 07901
(908) 273-0700
www.gearhartlaw.com
Licensed in NJ, NY, MA, and USPTO

Respectfully Submitted,

*s/David Postolski*

David Postolski, Esq.
James Klobucar, Esq.
GEARHART LAW, LLC
Innovation Plaza, Suite 1A
Summit, New Jersey 07901
Telephone: (908) 273 0700
Facsimile: (908) 273 0711
david@gearhartlaw.com
james@gearhartlaw.com
*Attorneys for Plaintiff*
*Richtone Design Group, LLC*